RANDALL SCOTT BARNUM,  ISB# 6034
BARNUM LAW, PLLC
380 S. 4th Street, Suite 104
PO Box 2616
Boise, Idaho 83701-2616
Telephone:     (208) 336-3600
Facsimile:     (208) 342-3077
Email: randall@bhglaw.net
Attorneys for Defendant Harlan Hale

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HARLAN HALE,<br><br>  Defendant. | Case No.  CR-19-158-S-DCN-3<br><br>**NOTICE OF INTENT TO PROCEED TO TRIAL AND REQUEST TO VACATE CHANGE OF PLEA HEARING** |

TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT
       BART M. DAVIS, UNITED STATES ATTORNEY
       JOSHUA D. HURWIT, ASSISTANT UNITED STATES ATTORNEY

COMES NOW, the Defendant, Harlan Hale, by and through his counsel of record, Randall S. Barnum, and respectfully notifes the Court that it is his intention to proceed forward to trial as to all charges listed in the Indictment.  Mr. Hale requests the court vacate the change of plea hearing currently scheduled for May 13, 2020 at 10:30 o'clock a.m. and set Mr. Hale for a jury trial on October 19, 2020, as previously scheduled.

NOTICE OF INTENT TO PROCEED TO TRIAL AND REQUEST TO VACATE CHANGE
OF PLEA HEARING- 1

DATED this 4th day of May, 2020.

                                                             BARNUM LAW, PLLC

                                            By  /s/  
                                                Randall S. Barnum, Of the Firm  
                                                Attorneys for Defendant Halan Hale

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of May, 2020, I served a true and correct copy of the foregoing **NOTICE OF INTENT TO PROCEED TO JURY TRIAL AND REQUEST TO VACATE CHANGE OF PLEA HEARING** upon each of the following individuals by causing the same to be delivered by the method and to the addresses indicated below:

| | | |
|---|---|---|
| Bart M. Davis | ____ | U.S. Mail, postage prepaid |
| United States Attorney | ____ | Hand-Delivered |
| Joshua D. Hurwit | ____ | Overnight Mail |
| Assistant United States Attorney | ____ | Facsimile |
| District of Idaho | _x_ | ECF |
| 1290 West Myrtle Street, Suite 500 | ____ | Email |
| Boise, ID 83702 | | |

                                         /s/  
                                         Randall S. Barnum