RANDALL SCOTT BARNUM,  ISB# 6034
BARNUM LAW, PLLC
380 S. 4th Street, Suite 104
PO Box 2616
Boise, Idaho 83701-2616
Telephone:     (208) 336-3600
Facsimile:      (208) 342-3077
Email: randall@bhglaw.net
Attorneys for Defendant Harlan Hale

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HARLAN HALE,<br><br>    Defendant. | Case No.  CR-19-158-S-DCN-3<br><br>**SECOND NOTICE OF INTENT TO PLEAD GUILTY** |

TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT
         BART M. DAVIS, UNITED STATES ATTORNEY
         JOSHUA D. HURWIT, ASSISTANT UNITED STATES ATTORNEY

COMES NOW, the Defendant, Harlan Hale, by and through his counsel of record, Randall S. Barnum, and respectfully notifes the Court that it is his intention to plead guilty as charged to all charges listed in the Indictment.  Currently, there is no signed plea agreement with the government.  Regardless of whether Mr. Hale enters into a written plea agreement, it is his intention to waive his right to a jury trial and proceed forward with a change of plea as to the charges listed in the Indictment.

Accordingly, Mr. Hale respectfully requests that the Court vacate his current trial date of

SECOND NOTICE OF INTENT TO PLEAD GULTY- 1

and set a date for his change of plea.

DATED this 8th day of December, 2020.

BARNUM LAW, PLLC

By  /s/
Randall S. Barnum, Of the Firm
Attorneys for Defendant Halan Hale

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2020, I served a true and correct copy of the foregoing **SECOND NOTICE OF INTENT TO PLEAD GUILTY** upon each of the following individuals by causing the same to be delivered by the method and to the addresses indicated below:

| | |
|---|---|
| Bart M. Davis | ____ U.S. Mail, postage prepaid |
| United States Attorney | ____ Hand-Delivered |
| Joshua D. Hurwit | ____ Overnight Mail |
| Assistant United States Attorney | ____ Facsimile |
| District of Idaho | _x_ ECF |
| 1290 West Myrtle Street, Suite 500 | ____ Email |
| Boise, ID  83702 | |

/s/
Randall S. Barnum

SECOND NOTICE OF INTENT TO PLEAD GULTY- 2